**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-00051-LTB-KLM

NAQUETTA O. RICKS,

       Plaintiff,

v.

BANK OF AMERICA, NA,
BAC HOME LOAN SERVICING LP.,
FEDERAL NATIONAL MORTGAGE ASSOCIATION, d/b/a FANNIE MAE,
JOHN DOES 1 THROUGH 5 AND ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL
OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PR9OPERTY
DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD
ON PLAINTIFFS' TITLE THERETO;

       Defendants.

_____

**ORDER**
_____

      This case is before me on the recommendation of the Magistrate Judge issued and served on May 9, 2012 (Doc 19).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

      ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute.

      BY THE COURT:


      __s/Lewis T. Babcock_____
      Lewis T. Babcock, Judge

DATED:  May 29, 2012